UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 09-1701 PSG (FFMx) | Date | March 26, 2009 |
|---|---|---|---|
| Title | Wells Fargo Bank, N.A. v. Maribel Moncada | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | | |
|---|---|---|---|
| Wendy K. Hernandez | | Not Present | n/a |
| Deputy Clerk | | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings:**   **(In Chambers) Order Remanding Action**

     Maribel Moncada ("Defendant") removed this action to this Court on March 11, 2009 on the basis of federal question and diversity jurisdiction. For the foregoing reasons, the Court remands the case *sua sponte.*

     Plaintiff Wells Fargo Bank, N.A. seeks possession of property located in North Hollywood, California pursuant to Cal. Civ. Proc. Code § 1161. This is a state law unlawful detainer action. Because no federal claim appears on the face of the complaint, federal question jurisdiction does not exist. *See* 28 U.S.C. § 1441(b); *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470, 475, 118 S. Ct. 921, 139 L. Ed. 2d 912 (1998).

     In order to remove on the basis of diversity jurisdiction, Defendant must show that the matter in controversy exceeds \$75,000. *See* 28 U.S.C. § 1332(a). Plaintiff filed the state court action as a "limited" case, indicating on the face of the complaint that the amount in controversy is less than \$10,000. Further, the damages that Plaintiff seeks are limited to \$22.00 per day from November 8, 2008 until entry of judgment. Under these circumstances, Defendant bears the heavy burden of showing by a preponderance of the evidence that the amount of damages sought exceeds \$75,000. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1117 (9th Cir. 2004).

     In the notice of removal, Defendant merely alleged that she "believes that the amount in controversy exceeds \$75,000." This conclusory allegation is insufficient. *Id.* To discharge her burden, Defendant was required to provide evidence establishing that it is more likely than not that the amount in controversy requirement is satisfied. *Id.* This she has failed to do.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1701 PSG (FFMx) | Date | March 26, 2009 |
|---|---|---|---|
| Title | Wells Fargo Bank, N.A. v. Maribel Moncada | | |

"Nothing is to be more jealously guarded . . . than [a court's] jurisdiction." *In re Mooney*, 841 F.2d 1003, 1006 (9th Cir. 1988). As Defendant has failed to overcome the "strong presumption" against removal jurisdiction, this action is hereby REMANDED.

**IT IS SO ORDERED.**